IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                                           CASE NO. 1:10-cv-00105-MP-AK

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

**O R D E R**

On June 24, 2010, the Court directed Petitioner to file an amended petition and to either pay the $5.00 habeas corpus filing fee or file a motion for leave to proceed as a pauper. Doc. 7. The Court advised Petitioner that failure to comply with the order by July 26, 2010, could result in the dismissal of this case for failure to comply with an order of the Court and failure to prosecute. As of the date of this order, Petitioner has neither complied with the order nor shown any cause as to why he is unable to comply. Accordingly, it is

**ORDERED AND ADJUDGED:**

That this case is **DISMISSED** for failure to comply with an order of the court and failure to prosecute. The Clerk is directed to enter judgment dismissing this case with prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** this ___3rd day of August, 2010

                                     *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge