IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                        CASE NO. 1:10-cv-00105-MP -GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Respondent's motion for an extension of time to respond to the Petition. Upon due consideration, the motion is **GRANTED,** and it is **ORDERED**:

1. Respondent shall file a response to the Petition on or before **April 22, 2011**.

2. Petitioner shall have until **May 23, 2011**, to file a reply, if desired.

**DONE AND ORDERED** this 18th day of February 2011.

                              *s/ Gary R. Jones*
                              GARY R. JONES
                              United States Magistrate Judge