IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                       CASE NO. 1:10-cv-00105-MP -GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Respondent's motion for an extension of time to respond to the Petition, and Doc. 22, Respondent's motion to accept the response filed on April 26, 2011, as timely. Upon due consideration, the motions are **GRANTED.**

**DONE AND ORDERED** this 28th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge