IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                                  CASE NO. 1:10-cv-105-MP -GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This matter is before the Court on Doc. 25, Petitioner's Request for Documents, and Doc. 26, Motion for Enlargement of Time and Notice to the Court. For the following reasons, the motions are due to be granted.

    Petitioner filed a petition under 28 U.S.C. § 2254 on June 3, 2010. (Doc. 1.) On August 17, 2010, the Court ordered Petitioner to file an amended petition, and to pay the $5.00 habeas corpus filing fee or a motion for leave to proceed as a pauper. (Doc. 10.) Petitioner filed an amended petition, Doc. 11, but did not pay the filing fee or file a motion for leave to proceed as a pauper. Accordingly, on November 3, 2010, the Court issued an Order to Show Cause, directing Petitioner to show cause why the petition should not be dismissed. (Doc. 14.) Petitioner paid the filing fee on November 22, 2010, and the Court ordered service of the amended petition on November 23, 2010. (Docs. 15, 16.) Respondent filed a response to the amended petition on April 26, 2011. (Doc. 21.)

Petitioner now alleges that he did not receive a copy of the Order to Show Cause, Doc. 14, nor did he receive a copy of Respondent's response, Doc. 21. Petitioner states that he became aware of these documents when his aunt obtained a copy of the docket for this case. He requests that the Court provide him with a copy of these two documents, and requests that the Court grant him an extension of time to file a reply to Respondent's response. Petitioner acknowledges that the reply was due on May 23, 2011.

Petitioner is cautioned that it is his responsibility to follow the status of his case. The documents that Petitioner claims that he did not receive were filed in this case two years ago and a year and a half ago, respectively. There is no indication on the docket that the documents were not delivered to Petitioner, or that any mail was returned to the Court. Petitioner offers no reason for his lengthy delay in contacting the Court other than his statement that his aunt has only recently contacted the Clerk's office for a copy of the docket. However, in an abundance of caution and noting Petitioner's *pro se* status, the Court will order the Clerk to provide Petitioner with a copy of the Order to Show Cause and Respondent's response. Petitioner should note that because he has paid the filing fee, no response to the Order to Show Cause is required. The Court will also grant Petitioner a thirty-day extension of time in which to file a reply to the response. No further extensions of time will be granted in the absence of good cause shown.

Upon due consideration, it is **ORDERED**:

(1) Petitioner's Request for Documents (Doc. 25) is **GRANTED.** The Clerk is directed to send Petitioner a copy of the Order to Show Cause, Doc. 14, and the response to the petition, Doc. 21.

(2)      Petitioner is not required to file a reply. If he chooses to file a reply, however, the reply must be filed **on or before December 30, 2012.**

**DONE AND ORDERED** this 30th day of November 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge