# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

LAMAR PLAYER,

    Petitioner,

v.                                                           CASE NO. 1:10-cv-00105-MP-GRJ

SECRETARY, FLORIDA
DEPT. OF CORRECTIONS,

    Respondents.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 6, 2013. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The amended petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 11) is DENIED.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  *24th* day of September, 2013

  *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge